# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-000464-CV

**Victory Cheval Holdings, LLC; Garrett Jennings; and
Castle Crown Management, LLC, Appellants**

**v.**

**Dennis Antolik; Victor Antolik; and Cheval Manor, Inc. d/b/a Austin Polo Club, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-14-002607, HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from a trial court order granting temporary injunctive relief. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(4). After each party filed a motion for contempt of the temporary injunction, we abated the appeal and referred the motions to the trial court for a hearing. *See* Tex. R. App. P. 29.4(a).

The parties have now filed a joint motion requesting that we dismiss the interlocutory appeal, explaining that the parties are "dismissing with prejudice their respective claims and counterclaims against each other in the underlying District Court proceeding." We reinstate the appeal, grant the parties' motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Joint Motion

Filed:   January 8, 2016